# EXHIBIT B

Composite Exhibit "B"

## ASSIGNMENT OF MUSIC ROYALTY RECEIVABLE

For valuable consideration, Sound Royalties, LLC, a Virginia limited liability company ("Sound Royalties"), hereby sells, assigns, transfers, and sets over to SR Funding, LLC, ("SR"), all of the undersigned's right, title and interest in and to all of the following Assigned Royalties, as defined in that certain Royalty Assignment Agreement dated March 06, 2020 (the "Purchase Agreement") between Sound Royalties, LLC and Robert Blom ("Assignor") pursuant to which Assignor sold, transferred and assigned all of Assignor's right, title, and interest in and to certain music royalty payments payable to Sound Royalties. All representations, warranties, obligations, and liabilities of any kind under the foregoing Purchase Agreement (the "Obligations") are and shall be retained by Sound Royalties and are not being transferred or assumed in any way by SR. Sound Royalties shall defend, indemnify and hold SR harmless from and against the payment of any such Obligations.

Assigned Music Royalty Payments: $131,316.72

Dated this 10th day of March, 2020.        **Sound Royalties, LLC**

BY:   Barbara Ocasio
ITS:  Vice President of Operations

## ASSIGNMENT OF MUSIC ROYALTY RECEIVABLE

For valuable consideration, SR Funding, LLC, ("Seller"), hereby sells, assigns, transfers, and sets over to Asset Remediation, LLC, ("AR"), all of the undersigned's right, title and interest in and to that certain Royalty Assignment Agreement dated March 6 2020 (the "Purchase Agreement") between Sound Royalties, LLC and Robert Blom ("Assignor") pursuant to which Assignor sold, transferred and assigned all of Assignor's right, title, and interest in and to certain music royalty payments payable to Sound Royalties, LLC, as well as any and all claims that Sound Royalties, LLC has or may have against Assignor as a result of the Purchase Price paid to Assignor by Sound Royalties, LLC under the Purchase Agreement.

Assigned Music Royalty Payments: $131,316.72

Dated this 8th day of January, 2021.

SR Funding, LLC

BY: Charles Lowe
ITS: President